**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-cr-80030-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**vs.**

**PHILLIP BRAUN, *et al.***

**Defendants.**
_______________________________________/

# NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g), the undersigned respectfully notifies the Court that counsel for the United States has recently been reassigned to the Criminal Division, Fraud Section, and may now be reached at:

Stephen J. Gripkey, Trial Attorney
Criminal Division, Fraud Section
Court ID No. A5502620
1400 New York Avenue, NW
Washington, D.C. 20005
Tel. 202-305-5542
Email: stephen.gripkey@usdoj.gov

Dated: December 5, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LORINDA I. LARYEA
Acting Chief, Fraud Section
Criminal Division

***Stephen J. Gripkey***
Stephen J. Gripkey, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502620
1400 New York Avenue, NW
Washington, D.C. 20005
202-305-5542; stephen.gripkey@usdoj.gov